UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAZARO GARCIA LAFFERTE (A No. 216 587 622),<br><br>             Petitioner,<br><br>   v.<br><br>WARDEN, CALIFORNIA CITY ICE DETENTION FACILITY,<br><br>             Respondent. | No.  1:26-cv-04762 TLN CKD P<br><br><br>ORDER |

Good cause appearing, IT IS HEREBY ORDERED that:

1.  Petitioner is granted 30 days within which to either pay the $5.00 filing fee for this action or submit a request to proceed in forma pauperis.

2.  The Clerk of the Court shall send petitioner an application to proceed in forma pauperis.

/////
/////
/////
/////
/////
/////

3. Respondent is granted 14 days to file a response to petitioner's petition for a writ of habeas corpus.  Respondent shall include with the response all exhibits necessary to the determination of the issues raised in the petition.  Petitioner may file a reply within 14 days of service of the response.

Dated:  June 26, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

laff4762.resp

2