UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAZARO GARCIA LAFFERTE (A No. 216 587 622),

Petitioner,

v.

WARDEN, CALIFORNIA CITY ICE DETENTION FACILITY,

Respondent.

No. 1:26-cv-4762 TLN CKD P

FINDINGS AND RECOMMENDATIONS

Petitioner has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 seeking release from Immigration and Customs Enforcement Agency (ICE) custody. This matter proceeds before the undersigned pursuant to 28 U.S.C. § 636, Fed. R. Civ. P. 72, and Local Rule 302(c)(17). On June 23, 2026, the district court judge assigned to this case ordered that petitioner not be transferred outside the boundary of Eastern District until conclusion of this matter.

Respondents have submitted evidence indicating that on June 18, 2026, petitioner was ordered removed by an immigration judge. ECF No. 6 at 30-33. In that order, petitioner was informed he had until July 20, 2026, to appeal that decision. Id. at 33. On August 11, 2026, the court ordered petitioner to indicate whether he filed an appeal. Petitioner did not respond.

A review of on-line Executive Office of Immigration Review (EOIR) records indicates that petitioner has no appeals pending with the Board of Immigration Appeals. In a document

filed September 10, 2026, counsel for respondents indicates that EOIR staff confirmed to counsel that petitioner does not have any appeals pending.

Since the record before the court indicates that petitioner is subject to a final order of removal, 8 U.S.C. § 1231 and implementing federal regulations govern whether petitioner is subject to detention. Under 8 U.S.C. § 1231(a)(1)(B)(i), petitioner is subject to mandatory detention for 90 days after his order of removal became final on July 20, 2026, when time expired for petitioner to appeal.

Since petitioner is subject to mandatory detention, the petition for writ of habeas corpus should be denied and the stay of transfer outside of this judicial district be lifted.

Accordingly, IT IS HEREBY RECOMMENDED that:

1. Petitioner's petition for a writ of habeas corpus (ECF No. 1) be DENIED;
2. The June 23, 2026, order that petitioner not be transferred outside the boundary of the Eastern District be DISSOLVED; and
3. This case be CLOSED.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 14 days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be served and filed within 14 days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: September 14, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/laff4762.mer